IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NOORUDDIN MOMIN, and KARIM W. BHAI,<br>　　Plaintiffs,<br><br>vs.<br><br>ALTON E. DONALSON, SR.,<br>LINDA DONALSON, INDIVIDUALLY,<br>LINDIA DONALSON, AS INDEPENDENT EXECUTOR OF THE ESTATE OF CHARLES K. DONALSON,<br>UNITED STATES OF AMERICA,<br>CITY OF HOUSTON, TEXAS,<br>HOUSTON INDEPENDENT SCHOOL DISTRICT,<br>HOUSTON COMMUNITY COLLEGE SYSTEM,<br>HARRIS COUNTY, TEXAS,<br>STATE OF TEXAS through TEXAS EMPLOYMENT COMMISSION, and<br>STATE OF TEXAS through COMPTROLLER OF PUBLIC ACCOUNTS,<br>　　Defendants. | Case No. 4: 25-cv-5707 |

## SUPPLEMENTAL CIVIL COVER SHEET

1. **State Court Information**:

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | **Court** | **Case Number** |
    |---|---|
    | 80th Judicial District Court, Harris County, Texas | 2024-67382 |

2. **Style of the case**:

    Please include all Plaintiff(s), Defendants, Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include

–1–

–2–

their bar number, firm name, correct mailing address, and phone number (including area code.)

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| NOORUDDIN MOMIN,<br>    Plaintiff, | Ted A. Cox<br>2855 Mangum Rd Ste 100A<br>Houston, Texas 77092-7463<br>Telephone: 713-956-9400<br>Facsimile: 713-956-8485<br>E-Mail: ted@tedacox.com<br>E-Service: service@tedacox.com |
| KARIM W. BHAI,<br>    Plaintiff, | Ted A. Cox<br>2855 Mangum Rd Ste 100A<br>Houston, Texas 77092-7463<br>Telephone: 713-956-9400<br>Facsimile: 713-956-8485<br>E-Mail: ted@tedacox.com<br>E-Service: service@tedacox.com |
| ALTON E. DONALSON, SR.<br>    Defendant, | Alejandro Cortez<br>alejandro@chavana.lawyer<br>Hector A. Chavana Jr.<br>hector@chavana.lawyer<br>2702 Little York Rd<br>Houston, TX 77093<br>Phone 713-979-2941<br>Fax 281-783-2773 |
| LINDA DONALSON, INDIVIDUALLY,<br>LINDIA DONALSON, AS INDEPENDENT EXECUTOR OF THE ESTATE OF CHARLES K. DONALSON,<br>    Defendants, | Kathryn B. Shields<br>kelly.shields@chamberlainlaw.com<br>George Connelly<br>George.connelly@chamberlainlaw.com<br>CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.<br>1200 Smith, Suite 1400<br>Houston, Texas 77002<br>Telephone: (713) 658-1818<br>Telecopier: (713) 658-2553 |
| UNITED STATES OF AMERICA,<br>    Defendant, | Andrew L. Sobotka<br>U. S. Department of Justice, Tax Division<br>1700 Pacific Avenue, Suite 3700<br>Dallas, Texas 75201 |

|  | 214-880-9736<br>214-880-9741 (fax)<br>Andrew.L.Sobotka@usdoj.gov |
|---|---|
| CITY OF HOUSTON, TEXAS,<br>    Defendant, | Damon Edwards<br>LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>Houston, Texas 77253<br>(713) 844-3451<br>(713) 844-3501 FAX<br>damon.edwards@lgbs.com |
| HOUSTON INDEPENDENT<br>SCHOOL DISTRICT,<br>    Defendant, | Damon Edwards<br>LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>Houston, Texas 77253<br>(713) 844-3451<br>(713) 844-3501 FAX<br>damon.edwards@lgbs.com |
| HOUSTON COMMUNITY COLLEGE<br>SYSTEM,<br>    Defendant, | Damon Edwards<br>LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>Houston, Texas 77253<br>(713) 844-3451<br>(713) 844-3501 FAX<br>damon.edwards@lgbs.com |
| HARRIS COUNTY, TEXAS,<br>    Defendant, | Damon Edwards<br>LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>Houston, Texas 77253<br>(713) 844-3451<br>(713) 844-3501 FAX<br>damon.edwards@lgbs.com |
| STATE OF TEXAS through TEXAS<br>EMPLOYMENT COMMISSION and<br>COMPTROLLER OF PUBLIC<br>ACCOUNTS<br>    Defendant, |  |

–3–

3. **Jury Demand:**

   Was a Jury Demand made in State Court?        X Yes    __No

   > If "*Yes*," by which party and on what date?

     Defendant Alton E. Donalson         5/29/2025
   *Party*                                                         *Date*

4. **Answer:**

   Was an Answer made in State Court?                     ▪ Yes    ☐ No

   > If "*Yes*," by which party and on what date?

   | Party | Date |
   |---|---|
   | Linda Donalson, individually, and as Executor of Estate of Charles K. Donalson's Answer to original petition | 10/25/2024 and 2/12/2025 |
   | Alton E. Donalson's answer to original petition | 5/29/2025 |
   | City of Houston's answer to amended petition | 11/5/2025 |
   | Houston County Community College's answer to amended petition | 11/5/2025 |
   | Houston Independent School District's answer to amended petition | 11/5/2025 |
   | Harris County's answer to amended petition | 11/5/2025 |

5. **Unserved Parties:**

   The following parties have not been served at the time the case was removed?

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | United States of America | Process not yet delivered to US Attorney or Attorney General |

–5–

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Change** |
   |---|---|

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Plaintiffs Momin and Bhai | Plaintiffs' amended petition claims breach of a real estate contract, and seeks specific performance, declaratory judgment and quite title. |
   | Defendant Linda Donalson | Claims ownership in ½ of the real estate that is the subject of the plaintiffs' suit and that any breach was caused by Alton E. Donalson. |
   | Defendant Alton E. Donalson | Claims full ownership in the real estate that is the subject of the plaintiffs' suit and that the plaintiffs' real estate contract is not enforceable. |
   | United States of America | Claims a judgment lien and federal tax liens for unpaid taxes owed by Alton E. Donalson on the real estate that is the subject of the plaintiffs' suit. |
   | Defendants City of Houston, Houston County Community College, Houston Independent School District, and Harris County | May claim judgment liens and statutory ad valorem tax liens in the real property that is the subject of the plaintiffs' suit. |

| | |
|---|---|
| Defendant State of Texas | May claim state tax liens in the real property that is the subject of the plaintiffs' suit. |

Respectfully submitted,

/s/ *Andrew L. Sobotka*
Andrew L. Sobotka
Texas Bar No. 18819900
Texas Southern District No. 32631
U. S. Department of Justice, Tax Division
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
214-880-9736
214-880-9741 (fax)
Andrew.L.Sobotka@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

      I certify that on November 26, 2025, I served the above document on the following by Federal Express or United States first-class mail, postage prepaid, to the following addresses, and I also emailed a courtesy copy by email where available:

Ted A. Cox
2855 Mangum Rd Ste 100A
Houston, Texas 77092-7463
E-Mail: ted@tedacox.com
E-Service: service@tedacox.com
      Attorney for Plaintiffs Momin and Bhai

Alejandro Cortez
Hector A. Chavana Jr.
2702 Little York Rd
Houston, TX 77093
alejandro@chavana.lawyer
hector@chavana.lawyer
      Attorneys for Alton E. Donalson

Kathryn B. Shields
George Connelly
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.
1200 Smith, Suite 1400
Houston, Texas 77002
kelly.shields@chamberlainlaw.com
George.connelly@chamberlainlaw.com
      Attorneys for Linda Donalson, individually and as Independent Executor of the Estate of Charles K. Donalson

Damon Edwards
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 3064
Houston, Texas 77253
damon.edwards@lgbs.com
      Attorney for City of Houston, Harris County, Houston Community College System, and Houston Independent School District

                                              /s/ *Andrew L. Sobotka*
                                              ANDREW L. SOBOTKA